# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA - Yuma

**MAGISTRATE JUDGE'S MINUTES**

DATE: 6/26/08          CASE NUMBER: 08-15905M-SD          [CLOSED]

USA vs. Martin Marino Martinez-Silva

U.S. MAGISTRATE JUDGE: JAY R. IRWIN  #: 70BK

A.U.S. Attorney  None Present                INTERPRETER  Ricardo Gonzalez
                                             LANGUAGE  Spanish

Attorney for Defendant  Lorna Spencer (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT   ☐ NOT PRESENT   ☒ CUSTODY

DOA___
☐ Financial Afdvt taken          ☐ Initial Appearance          ☐ Appointment of counsel hearing held
☐ Rule 5(c)(3)                   ☐ Defendant Sworn             ☐ Financial Afdvt sealed
                                 ☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

---

**DETENTION HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
Set for:
Before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released _____
☐ Defendant continued detained pending trial
    ☐ Flight risk   ☐ Danger

**IDENTITY HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
☐ Waived
Set for:
Before:
☐ Warrant of removal issued.

**PRELIMINARY HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
☐ Waived
Set for:
Before:
☐ Probable cause found     ☐ Dismissed
☐ Held to answer before District Court

**STATUS HEARING:** re: Plea / Sentence
☒ Held  ☐ Con't  ☐ Reset
Set for:
Before:

---

Other: Prosecution agents appearing for the Government move to dismiss complaint. Defense has no objection. Court grants motion, dismissing complaint without prejudice. Case is closed.

Recorded by Courtsmart
BY: Angela J. Tuohy
Deputy Clerk

USM/PTS/AFPD/BP (Yuma)

UNITED STATES DISTRICT COURT                                    MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: 6/23/2008            CASE NUMBER: 08-15905M-001-SD

USA vs. Martin Marino Martinez-Silva

U.S. MAGISTRATE JUDGE: JAY R. IRWIN  #: 70BK

A.U.S. Attorney _____    INTERPRETER   Ricardo Gonzalez
                                           LANGUAGE   Spanish
Attorney for Defendant Lorna Spencer (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): _

DEFENDANT: ☒ PRESENT   ☐ NOT PRESENT   ☒ CUSTODY

DOA  6/20/08                ☐ Initial Appearance           ☐ Appointment of counsel hearing held
☐ Financial Afdvt taken     ☐ Defendant Sworn              ☐ Financial Afdvt sealed
☐ Rule 5(c)(3)              ☐ Defendant states true name to be ___. Further proceedings ORDERED
                              in Defendant's true name.

| DETENTION HEARING:<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☒ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>   ☐ Flight risk ☐ Danger | IDENTITY HEARING:<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
|---|---|
| PRELIMINARY HEARING:<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found   ☐ Dismissed<br>☐ Held to answer before District Court | STATUS HEARING: re: Plea and Sentence<br>☒ Held ☒ Con't ☐ Reset<br><br>Set for:   6/26/08 at 11:00 a.m.<br>Before:    Magistrate Judge Irwin |

Other: Defense counsel requests a continuance of the Plea and Sentence. The Government has no objection.
IT IS ORDERED granting said continuance

                                            Recorded by Courtsmart
                                            BY:  Jocelyn M. Arviso
                                            Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Martin Marino MARTINEZ-Silva
Citizen of Mexico
YOB: 1975
095734504
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 08-15905M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

## COUNT I

That on or about June 19, 2008, near Calexico, California in the Southern District of California, Defendant Martin Marino MARTINEZ-Silva, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.   ☒ Yes  ☐ No

Signature of Complainant
Cesar Duarte
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

June 23, 2008                       at           Yuma, Arizona
Date                                                City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer                    Signature of Judicial Officer

STATEMENT OF FACTUAL BASIS

Defendant: Martin Marino MARTINEZ-Silva
Dependents: None

**IMMIGRATION HISTORY:**  The Defendant is an illegal alien. The Defendant has been apprehended by the U.S. Border Patrol on **five (5)** occasions.

**CRIMINAL HISTORY:**

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 02/25/01 | Monrovia, Ca | Possession Narcotic Controlled Substance | None listed |
| 05/16/05 | Phoenix, Az | Assault – Intent/Reckless/Injure | None listed |
| 10/13/06 | Flagstaff, Az | Criminal Trespass 3rd Degree | None listed |
| 03/25/07 | Flagstaff, Az | DUI – Liquor/Drugs/Vapors/Combo | None listed |
|  |  | DUI – W BAC of .08 or More | None listed |
|  |  | Knowingly Display False Plates | None listed |
| 06/04/08 | Flagstaff, Az | False Report to Law Enforcement | None listed |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Blythe, California.

The Defendant was questioned as to his citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Calexico, California on June 19, 2008.

Charges: 8 USC§1325    (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____**June 23, 2008**_____
Date

_____
Signature of Judicial Officer

*Probable Cause Statement*

*I, Senior Patrol Agent Cesar Duarte, declare under penalty of perjury, the following is true and correct:*

STATEMENT OF FACTUAL BASIS

Defendant: Martin Marino MARTINEZ-Silva
Dependents: None

**IMMIGRATION HISTORY:** The Defendant is an illegal alien. The Defendant has been apprehended by the U.S. Border Patrol on **five (5)** occasions.

**CRIMINAL HISTORY:**

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 02/25/01 | Monrovia, Ca | Possession Narcotic Controlled Substance | None listed |
| 05/16/05 | Phoenix, Az | Assault – Intent/Reckless/Injure | None listed |
| 10/13/06 | Flagstaff, Az | Criminal Trespass 3rd Degree | None listed |
| 03/25/07 | Flagstaff, Az | DUI – Liquor/Drugs/Vapors/Combo | None listed |
|  |  | DUI – W BAC of .08 or More | None listed |
|  |  | Knowingly Display False Plates | None listed |
| 06/04/08 | Flagstaff, Az | False Report to Law Enforcement | None listed |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Blythe, California.

The Defendant was questioned as to his citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Calexico, California on June 19, 2008.

*Executed on:* Date ___June 22, 2008___   Time: ___8:27 a.m.___

Signed: ___Cesar Duarte___ Senior Patrol Agent

*Finding of Probable Cause*
On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of one page(s), I find probable cause to believe that the defendant(s) named therein committed the offense on June 19, 2008 in violation of Title 8, United States Code, Section(s) 1325.

*Finding made on:* Date ___June 22, 2008___ Time ___12:15 PM___

Signed: _____ United States Magistrate Judge